JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | Case No. 5:12-cv-00950-VAP-OP |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| GK MANAGEMENT, INC. dba LONG JOHN SILVER'S #31861; MAGGARD ENTERPRISES, INC., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Maggard Enterprises, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: October 19, 2012

_Virginia A. Phillips_
United States District Judge